**Opinion issued July 15, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00257-CV

————————————

## IN RE AXIS ENERGY SERVICES, LLC, RYAN PHILLIPS, AND AXIS ENERGY ADMINISTRATION, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Axis Energy Services, LLC, Ryan Phillips, and Axis Energy

Administration, LLC filed a petition for writ of mandamus on April 11, 2025.[1]  Ten

---

[1] The underlying case is *Tawnie Johnson, Individually, as Next Friend of J.J. and J.D.J, Minors, and on Behalf of the Estate of Michael Johnson, Deceased, and Hayley Johnson v. Axis Energy Services, LLC, Ryan Phillips and B-29 Investments, Axis Energy Administration, LLC, and Axis Energy Services Holdings, LLC*, cause number 2023-14427, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Collier presiding.

days later, relators filed a letter advising that the parties had reached an agreement to settle their underlying claims and asked that the Court abate the original proceeding to permit the parties to finalize their settlement. The Court granted that motion and abated the appeal. On June 30, 2025, relators filed an unopposed motion to dismiss the petition for writ of mandamus. We grant the motion.

The petition for writ of mandamus is dismissed. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.